Louis LAMBERT, Appellant,

v.

CHURCHILL TRUCK LINES,
Respondent,

and

Treasurer of the State of Missouri,
as custodian of the Second
Injury Fund.

No. 66638.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 21, 1995.

Nile D. Griffiths, St. Louis, for appellant.

Edward M. Voukoun, St. Louis, for respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., Maria W. Campbell, Asst. Atty. Gen., Jefferson City, for Second Injury Fund.

Before REINHARD, P.J., and CRANDALL and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Louis Lambert, appeals from the Labor and Industrial Relations Commission's determination that he is not permanently and totally disabled. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings of the Commission are supported by competent and substantial evidence on the whole record. As we further find an extended opinion would have no precedential value, we affirm the Commission's award pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Eugene C. BLAKEY, Appellant.

No. WD 48724.

Missouri Court of Appeals,
Western District.

Feb. 28, 1995.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and BERREY, JJ.

*ORDER*

PER CURIAM.

Appeal of conviction, after trial by jury, of assault in the first degree, § 565.050, RSMo 1994.

Judgment affirmed. Rule 30.25(b).